UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

PATRICIA MARIE STENBERG,

    Plaintiff,               Civil No. 1:16-cv-01399-AC

NANCY A. BERRYHILL, acting
Commissioner of Social Security,

    Defendant.

ORDER re EAJA Attorney's Fees

Before the Court is the Motion of Plaintiff Patricia Marie Stenberg for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

    IT IS HEREBY ORDERED that attorney fees, expense, and costs in the total amount of Six Thousand One Hundred Ninety-Three Dollars and Twelve Cents ($6,193.12) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The Court hereby awards EAJA fees, broken down as follows:

    1.  Plaintiff is awarded 27.8 hours at $192.68 per hour in the amount of $5,356.50 for attorney's fees and 8.2 hours at $100.00 per hour in the amount of $820.00 for paralegal services, for a total of $6,176.50 under 28 U.S.C. § 2412(d);

    2.  Plaintiff is awarded $16.62 in expenses for Certified Mail for service of Summons and Complaint.

    If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Howard D. Olinsky.

    Whether the check is made payable to Plaintiff or to Howard D. Olinsky, the check shall be mailed to Howard D. Olinsky at the following address: 300 South State Street, Suite 420, Syracuse, NY 13202.

IT IS SO ORDERED:

DATED this 6th day of March 2018

John V. Acosta
United States Magistrate Judge